1   James H. Berry, Jr. (State Bar No. 075834)
    E-Mail:  jberry@berryperkins.com
2   Kevin R. Lussier (State Bar No. 143821)
    E-mail: klussier@berryperkins.com
3   Esperanza V. Cervantes (State Bar No. 197953)
    E-mail:  ecervantes@berryperkins.com
4   BERRY & PERKINS
    A Professional Corporation
5   2049 Century Park East, Suite 950                    E-FILED 04-29-08
    Los Angeles, California  90067-3134                          JS-6
6   Telephone:  (310) 557-8989
    Facsimile:   (310) 788-0080
7
    Attorneys for Plaintiffs
8   CHANEL, INC., a New York Corporation

9              THE UNITED STATES DISTRICT COURT

10          FOR THE CENTRAL DISTRICT OF CALIFORNIA

11  CHANEL, INC., a New York            )   Case No. CV 06-6440-PSG(Ex)
    corporation,                        )
12                                      )
              Plaintiffs,               )   [~~PROPOSED~~] FINAL
13                                      )   JUDGMENT
         v.                             )
14                                      )
    JONATHAN BENJAMIN SEIDMAN           )
15  d/b/a UCLA BRUINS 2004 d/b/a        )
    JONATHANSEIDMAN@yahoo.com           )
16  d/b/a JSEIDMAN@CSULB.edu, and       )
    DOES 1-10,                          )
17                                      )
              Defendants.               )
18                                      )
                                        )
19  ──────────────────────────────     )

20

21

22

23

24

25

26

BERRY & PERKINS
A PROFESSIONAL CORPORATION

[PROPOSED FINAL JUDGMENT

IN ACCORDANCE with this Court's previously entered Orders granting plaintiff Chanel, Inc.'s ("Chanel") Motion For Partial Summary Judgment and Motion for Award of Statutory Damages as against defendant Jonathan Benjamin Seidman d/b/a UCLA Bruins 2004 d/b/a jonathanseidman@yahoo.com d/b/a jseidman@csulb.edu ("Seidman"),

IT IS HEREBY ORDERED that Final Judgment is ENTERED in favor of Chanel and against Seidman on the First Claim for Relief (trademark counterfeiting and infringement under Section 32 of the Lanham Act, 15 U.S.C. § 1114); Second Claim for Relief (false designation of origin under Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a); and Fourth Claim for Relief[1] (state and common law trademark infringement and unfair competition, pursuant to Bus. & Prof. Code §§ 14335 and 17200).  Chanel dismissed without prejudice the Third Claim for Relief (federal trademark dilution under 15 U.S.C. § 1125(c)).

IT IS FURTHER ORDERED AND ADJUDGED that Seidman's infringement and counterfeiting of Chanel's trademarks was willful.

IT IS FURTHER ORDERED AND ADJUDGED that Chanel is entitled to a permanent injunction as against Seidman and his respective officers, agents, servants, employees and representatives, and all persons acting in concert and participation with him consistent with the terms of the Permanent Injunction entered by this Court on April 18, 2008.

IT IS FURTHER ORDERED AND ADJUDGED that, pursuant to 15 U.S.C. § 1117(c), Chanel is awarded statutory damages against Seidman in the amount of Two Hundred Twenty Five Thousand Five Hundred Twenty Five Dollars and No Cents ($225,525.00), for which let execution issue.

---

[1] Chanel's Complaint incorrectly identifies the Fourth Claim for Relief as the "fifth cause of action."

**[PROPOSED] FINAL JUDGMENT**

BERRY & PERKINS
A PROFESSIONAL CORPORATION

1    This judgment shall accrue at the rate prescribed by 28 U.S.C. § 1961.

2

3        IT IS SO ORDERED AND ADJUDGED.

4

5    Dated: __4/29/08__          **PHILIP S. GUTIERREZ**

6                                THE HONORABLE PHILIP S. GUTIERREZ
                                 UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

BERRY & PERKINS
A PROFESSIONAL CORPORATION

CV06-6440 PSG (Ex)

**[PROPOSED] FINAL JUDGMENT**